# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0285

VERSUS

JOSEPH ANDREW ST. ROMAIN, JR.

**JUNE 9, 2023**

---

In Re: Joseph Andrew St. Romain, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 34954.

---

**BEFORE: GUIDRY, C.J., HESTER AND MILLER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE IN PART AND DENIED IN PART.** Counsel failed to include the relevant portions of the trial transcript and any other pertinent documents from the district court record that might support the claim that defense counsel violated relator's Sixth Amendment right to effective assistance of counsel when counsel failed to listen to a taped recording prior to trial and failed to file a motion to suppress the single photographic identification of relator. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application shall be filed on or before July 11, 2023. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In all other respects, the writ application is denied.

        **JMG**
        **CHH**
        **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT